# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   CHERYL A SCHAEFER   §   Case No.: 08-21737
         JOHN J SCHAEFER     §
                             §
         Debtor(s)           §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 08/19/2008.

2) This case was confirmed on 10/23/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/02/2009, 07/30/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/06/2009, 07/14/2009, 12/28/2009, 06/09/2010, 08/04/2010.

5) The case was converted on 10/25/2010.

6) Number of months from filing to the last payment:  26

7) Number of months case was pending:  27

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    43,152.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 18,511.00 |
| Less amount refunded to debtor | $ 663.39 |
| **NET RECEIPTS** | $ 17,847.61 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,237.79 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,737.79 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO MORTGAGE | SECURED | 220,385.00 | 211,305.72 | .00 | .00 | .00 |
| WELLS FARGO MORTGAGE | SECURED | NA | 9,150.78 | .00 | .00 | .00 |
| WELLS FARGO | OTHER | NA | NA | NA | .00 | .00 |
| US BANK NATIONAL ASS | SECURED | 55,697.00 | 56,197.50 | .00 | .00 | .00 |
| US BANK NATIONAL ASS | SECURED | NA | 1,296.30 | 1,296.30 | .00 | .00 |
| WELLS FARGO HOME MTG | UNSECURED | 45,082.00 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 14,695.00 | 14,982.18 | 14,695.00 | 6,269.56 | 1,212.39 |
| VALLEY BELL CREDIT U | SECURED | 9,203.00 | 10,432.33 | 10,432.32 | 4,386.46 | 867.41 |
| COOK COUNTY TREASURE | SECURED | NA | .00 | .00 | .00 | .00 |
| DELL FINANCIAL SERVI | SECURED | 200.00 | .00 | .00 | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 686.00 | 886.52 | 886.52 | .00 | .00 |
| AFSCI | OTHER | NA | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | OTHER | NA | NA | NA | .00 | .00 |
| ASSOCIATES CITIBANK | UNSECURED | 254.00 | NA | NA | .00 | .00 |
| AT & T MOBILITY | UNSECURED | 367.23 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 153.71 | NA | NA | .00 | .00 |
| BAC/FLEET BKCARD | OTHER | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | OTHER | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | OTHER | NA | NA | NA | .00 | .00 |
| BILL ME LATE | UNSECURED | 692.62 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 763.00 | 763.36 | 763.36 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 732.00 | 833.56 | 833.56 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 569.00 | 569.63 | 569.63 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CATHERINE TAPE REPOR | OTHER | NA | NA | NA | .00 | .00 |
| CENTRAL DUPAGE HOSPI | UNSECURED | 147.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,871.00 | 1,910.34 | 1,910.34 | .00 | .00 |
| CHASE BANK USA | OTHER | NA | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 2,911.00 | 2,911.26 | 2,911.26 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,858.00 | 2,594.58 | 2,594.58 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 15,219.00 | 10,422.39 | 10,422.39 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 629.18 | 748.06 | 748.06 | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 14,766.00 | 14,766.08 | 14,766.08 | .00 | .00 |
| MACYS RETAIL HOLDING | UNSECURED | 876.00 | 875.90 | 875.90 | .00 | .00 |
| EMERGE/FNBO | OTHER | NA | NA | NA | .00 | .00 |
| GMAC | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 244.00 | 251.54 | 251.54 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 990.00 | 990.11 | 990.11 | .00 | .00 |
| GEMB/DISNEY | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 15,732.00 | 15,732.65 | 15,732.65 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,909.00 | 1,909.42 | 1,909.42 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,533.00 | 1,637.41 | 1,637.41 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 612.00 | 623.87 | 623.87 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 479.00 | 479.33 | 479.33 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 1,615.00 | 1,566.30 | 1,566.30 | .00 | .00 |
| HSBC ORCHARD BANK | UNSECURED | 537.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,492.00 | 1,492.24 | 1,492.24 | .00 | .00 |
| JOSEPH R WELLS | UNSECURED | 290.00 | 290.00 | 290.00 | .00 | .00 |
| CHASE BANK | UNSECURED | 622.00 | 622.02 | 622.02 | .00 | .00 |
| LANE BRYANT RETAIL S | OTHER | NA | NA | NA | .00 | .00 |
| WFNNB/ LANE BRYANT | OTHER | 328.00 | NA | NA | .00 | .00 |
| MACYS | UNSECURED | 830.00 | NA | NA | .00 | .00 |
| MERRICK BANK | UNSECURED | 2,318.00 | NA | NA | .00 | .00 |
| GEMB/MONTGOMERY WARD | OTHER | NA | NA | NA | .00 | .00 |
| NATIONAL CITY BANK | OTHER | NA | NA | NA | .00 | .00 |
| NBGL CARSONS | OTHER | NA | NA | NA | .00 | .00 |
| NEOPATH SC | UNSECURED | 68.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| NICOR GAS | OTHER | NA | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 429.50 | NA | NA | .00 | .00 |
| NORDSTROM FSB | OTHER | NA | NA | NA | .00 | .00 |
| RNB FIELDS | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 316.00 | 316.34 | 316.34 | .00 | .00 |
| SAXON MORTGAGE | OTHER | NA | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 836.00 | 836.25 | 836.25 | .00 | .00 |
| SEARS/CBSD | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SHORT TERM LOAN | UNSECURED | 1,100.00 | 1,554.10 | 1,554.10 | .00 | .00 |
| ALEXIAN BROTHERS HEA | UNSECURED | 50.00 | 340.00 | 340.00 | .00 | .00 |
| ST ALEXIUS MEDICAL C | OTHER | NA | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | OTHER | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 552.00 | 552.49 | 552.49 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,618.00 | 1,618.08 | 1,618.08 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,489.22 | 3,858.60 | 3,858.60 | .00 | .00 |
| VALLEY BELL CREDIT U | UNSECURED | 1,015.00 | NA | NA | .00 | .00 |
| VEOLIA ES SOLID WAST | OTHER | NA | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |
| WFNNB CLARK | OTHER | NA | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2,273.00 | 2,354.93 | 2,354.93 | .00 | .00 |
| WACHOVIA DEALER SERV | OTHER | NA | NA | NA | .00 | .00 |
| AT & T | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO HOME MTG | OTHER | NA | NA | NA | .00 | .00 |
| SPIRIT OF AMERICA/LA | UNSECURED | NA | 358.50 | 358.50 | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | NA | 73.97 | 73.97 | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | NA | .00 | 287.18 | .00 | .00 |
| PATRICIA ANNE SCCHAE | OTHER | NA | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NA | .00 | .00 | .00 | .00 |
| ZALUTSKY & PINSKI LT | PRIORITY | NA | .00 | 374.00 | 374.00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 537.63 | 537.63 | .00 | .00 |
| HSBC BANK NEVADA | SECURED | NA | 49.00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 1,296.30 | .00 | .00 |
| Debt Secured by Vehicle | 25,127.32 | 10,656.02 | 2,079.80 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 26,423.62 | 10,656.02 | 2,079.80 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 374.00 | 374.00 | .00 |
| **TOTAL PRIORITY:** | 374.00 | 374.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 75,564.64 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,737.79 |
| Disbursements to Creditors | $ | 13,109.82 |
| **TOTAL DISBURSEMENTS:** | $ | 17,847.61 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:    11/22/2010               /s/ Tom Vaughn
                                   Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**